UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSEPH RUDOLPH LEINWEBER JR., *Pro Se,* <br> JANICE MARIE LEINWEBER, *Pro Se,* <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br> BANK OF NEW YORK MELLON, <br> MORTGAGE ELECTRONIC REGISTRATION <br> SYSTEM, INC, and <br> RUBIN LUBLIN SUAREZ SERRANO, LLC, <br><br> Defendants. | No.: 3:12-CV-84 <br> (VARLAN/GUYTON) |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton, on April 18, 2012 [Doc. 24]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 24] and the Court's rulings on the pending motions are as follows: plaintiffs' motion for temporary injunction [Doc. 2] is **DENIED**; the motion to dismiss plaintiffs' complaint by defendant Rubin Lublin Suarez

Serrano LLC [Doc. 8] is **GRANTED**, and all plaintiffs' claims against defendant Rubin Lublin Suarez Serrano LLC are **DISMISSED**; and the motion to dismiss by defendants Bank of America N.A., Bank of New York Mellon, and Mortgage Electronic Registration System, Inc. [Doc. 17] is **GRANTED**, and all claims against defendants Bank of America N.A., Bank of New York Mellon, and Mortgage Electronic Registration System, Inc. are **DISMISSED**.

Thus, because plaintiffs' claims against all defendants in this case have been dismissed, it is hereby **ORDERED** that this case is **DISMISSED** and the Clerk of Court is **DIRECTED** to **CLOSE** this case. Plaintiffs' motion to forego discovery and request that the Court schedule this case for trial [Doc. 21] is **DENIED as moot**.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE